

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER REINSTATING APPEAL

Appellate case name:        Wade  Harrell Thomson v. The State of Texas

Appellate case number:     01-20-00434-CR

Trial court case number:   18072 CT I - X

Trial court:                      12th District Court of Grimes County

On September 17, 2020, this appeal was abated and remanded to the trial court to hold an evidentiary hearing and rule on appellant's motion for new trial. A supplemental record has been filed with our Court demonstrating that the hearing was held and the trial court denied the motion for new trial. Accordingly, we reinstate this appeal on the Court's active docket and grant appellant's motion to extend the deadline for filing his brief to **April 7, 2021**.

It is so ORDERED.

Judge's signature: ____/s/ Sarah B. Landau_____
                              Acting individually

Date:  __March 11, 2021___